# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mitchell Morrison,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:07cv412

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Sept. 27, 2007 Order.

Signed: September 27, 2007

Frank G. Johns, Clerk
United States District Court